FRANCES ROBERTS, Appellant, v. DYER PEARL, EDWARD P. FIELD, T. TOWAR BATES and Others, Defendants. DYER PEARL, JR., Respondent.— Judgment

reversed, on the law and facts, without costs. The order dismissing the complaint is modified by providing that the complaint and cause of action be dismissed, without costs, unless the plaintiff is ready for trial at the October, 1939, Trial Term of the Supreme Court to be held in Ulster county. In the event of the plaintiff's failure to comply with the above condition, the order and judgment are affirmed.